IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03075-CMA-KMT

LARRY SHEPHERD,

   Plaintiff,

v.

AMERICAN NUMISMATIC ASSOCIATION, INC., a District of Columbia corporation,
RONALD SERNA,
THOMAS HALLENBECK,
KIMBERLY KIICK,
JAY BEETON, and
J. P. MARTIN,

   Defendants.

---

ORDER ADOPTING AND AFFIRMING AUGUST 27, 2014
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on the August 27, 2014 Amended Recommendation by United States Magistrate Judge Kathleen M. Tafoya that Defendants Kimberly Kiick's and Jay Beeton's Refiled Motion to Dismiss Count I of Plaintiff's First Amended Complaint (Doc. # 25) be granted. (Doc. # 114.)  The Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).  The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation.  (Doc. # 114 at 8-9.)  Despite this advisement, no objections to Magistrate Judge Tafoya's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Defendants' Motion to Dismiss and Supporting Memorandum and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Tafoya's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Tafoya as the findings and conclusions of this Court.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Kathleen M. Tafoya (Doc. # 114) is AFFIRMED and ADOPTED as an order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that the Count I is DISMISSED WITHOUT PREJUDICE.

DATED: September 15, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge