IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-03075-CMA-KMT | Date: | September 16, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                           *Counsel:*

LARRY SHEPHERD,                                                          Ruth Major

    Plaintiff,

v.

AMERICAN NUMISMATIC ASSOCIATION, INC., a       Veronica von Grabow
District of Columbia corporation,
RONALD SIRNA, an individual,                                   Aimee Delaney (by telephone)
THOMAS HALLENBECK, an individual,
KIMBERLY KIICK, an individual,
JAY BEETON, an individual, and
J.P. MARTIN, an individual,

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:31 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Also present, Hollie Wieland by telephone for Defendant American Numismatic Association.

Court discusses the validity and value of the two pending motions filed by the parties at documents [116] and [148].

**ORDERED: Defendants' Emergency Opposed Motion to Restrict Access to Portions of Plaintiff's Resonses [sic] to Defendants' Summary Judgment Motions and Request for Hearing [148] is GRANTED.  Plaintiff shall not place on the public record any information which could identify or connect any individual to the rumors underpinning Plaintiff's argument that the Defendant organization was rife with rumors of improper conduct by its**

> **members/leaders which were not treated in the same manner by the Board of Directors as the rumor involving Plaintiff.  The parties concur that the rumors to be presented to the court are unsubstantiated.  Plaintiff advises the information to be offered consists of examples of information which came to the attention of the Board but upon which action was NOT taken.  Plaintiff shall file a publically redacted document, as discussed, if practical and also file an unredacted version under Restriction Level 1.  Otherwise the responsive pleading contemplated will be filed in its entirety under Restriction Level 1.**

Court orders the record sealed from 1:44 p.m. through 1:49 p.m.

Discussion regarding limiting the scope of Michael Ellis' deposition.

**ORDERED:** **Plaintiff's Motion for Leave to Amend the Scheduling Order to Depose Michael Ellis [116] is GRANTED.  Plaintiff is permitted to take a full deposition of Mr. Ellis, as discussed, including inquiry into who Mr. Ellis finally told of his involvement with a journalist and when and why he finally came forward.**

**ORDERED:** **The court finds the Defendants' objection to the deposition of this witness to be wholly frivolous and groundless.  Therefore, Plaintiff is awarded reasonable costs, including attorney fees, incurred in the preparation and presentation of the motion.  Plaintiff is directed to submit an accounting on or before September 23, 2014.  Any response or objections to the reasonableness of the amount claimed shall be filed on or before October 7, 2014.**

The court encourages the parties to complete the Ellis deposition within the next 30 days.

Court advises parties they have 14 days to file any objections to today's rulings.

**2:01 p.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:30

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.